■ DORLYN F. BAILER et al., Respondents, v WILLIAM J.

Raus, Jr., Appellant.—Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Murphy, J. (Appeal from Order of Supreme Court, Onondaga County, Murphy, J.—Summary Judgment.) Present—Denman, P. J., Callahan, Green, Pine and Balio, JJ.